UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SEAN PUCHALOW CLINTON,   Petitioner, | ) ) ) | |
| vs. | ) ) ) | No. 3:22-CV-2301-B-BH |
| CHRISTOPHER WRAY, Director of F.B.I., et al.,   Respondents. | ) ) ) ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, any habeas claims in the *Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241*, received on October 14, 2022 (doc. 3), will be **DISMISSED** by separate judgment for lack of jurisdiction, and any civil claims will be **DISMISSED** without prejudice to seeking relief in Case No. 4:22-CV-889-Y.

A certificate of appealability (COA) is not required for to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

SIGNED this 8TH day of November, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE